IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN A. JOHNSON, | : | |
| Petitioner, | : | 1:16-cv-0162 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN, USP LEWISBURG, | : | |
| Respondent. | : | |

## ORDER

**February 5, 2016**

**NOW, THEREFORE,** in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. Petitioner's motion (Doc. 2) to proceed *in forma pauperis* is GRANTED for the sole purpose of the filing of the action.

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge