IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| STEVEN A. JOHNSON, | : | | |
| Petitioner, | : | | |
| | : | 1:16-cv-0162 | |
| v. | : | | |
| | : | Hon. John E. Jones III | |
| WARDEN, USP LEWISBURG, | : | | |
| Respondent. | : | | |

# **ORDER**

**November 21, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
